UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>GRIEG MACON | No. 22 CR 359<br><br>Judge Martha M. Pacold |

## JOINT STATUS REPORT

1. On July 18, 2022, a Grand Jury returned an indictment charging defendant with one count of unlawful dealing of firearms, in violation of 18 U.S.C. § 922(g) and unlawful possession of a machinegun, in violation of 18 U.S.C. § 922(o)(1) (R. 1, Indictment.) Defendant is in custody.

2. The government has produced discovery and defendant is reviewing discovery. Defendant has two pending firerms related cases in the Circuit Court of Cook County. The government is still working to obtain all of the discovery in those two cases to provide to defense counsel.

3. The parties anticipate needing another status in 45 days to obtain, produce, and review discovery.

4. The government moves to exclude time, and defendant agrees to the exclusion of time, until the next hearing in the interest of justice and to allow the defense to review discovery and contemplate pretrial motions.

Date: December 8, 2022

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By: /s *Tiffany A. Ardam*        /s *Anthony Hill*
     TIFFANY ARDAM           ANTHONY W. HILL
     Assistant United States Attorney   Law Offices of Anthony W. Hill
     United States Attorney's Office    53 W. Jackson Blvd.
     219 South Dearborn Street       Suite 660
     Fifth Floor                          Chicago, Illinois 60604
     Chicago, Illinois 60604         (312) 882-8004
     (312) 353-0951