UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>GRIEG MACON | No. 22 CR 359<br><br>Judge Martha M. Pacold |

## JOINT STATUS REPORT

1. On July 18, 2022, a Grand Jury returned an indictment charging defendant with one count of unlawful dealing of firearms, in violation of 18 U.S.C. § 922(g) and unlawful possession of a machinegun, in violation of 18 U.S.C. § 922(o)(1) (R. 1, Indictment.) Defendant is in custody.

2. The government has produced discovery and defendant is reviewing discovery. Defendant has two pending firerms related cases in the Circuit Court of Cook County.

3. Defendant is continuing to review discovery and the parties are continuing to discuss a resolution short of trial.

4. The parties request an in-person status in approximately 30 days. Defense counsel is unavailable the week of April 3 but is available the week of April 10, 2023.

5. The government moves to exclude time, and defendant agrees to the exclusion of time, until the next hearing in the interest of justice and to allow the defense to review discovery and contemplate pretrial motions.

Date: March 10, 2023

       Respectfully submitted,

       JOHN R. LAUSCH, JR.
       United States Attorney

| By: | /s *Patrick M. Mott* | /s *Anthony Hill* |
|---|---|---|
| | PATRICK MOTT | ANTHONY W. HILL |
| | Assistant United States Attorney | Law Offices of Anthony W. Hill |
| | United States Attorney's Office | 53 W. Jackson Blvd. |
| | 219 South Dearborn Street | Suite 660 |
| | Fifth Floor | Chicago, Illinois 60604 |
| | Chicago, Illinois 60604 | (312) 882-8004 |
| | (312) 469-6052 | |