# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:22–cr–00359
Honorable Martha M. Pacold

Grieg Macon

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 26, 2023:

MINUTE entry before the Honorable Martha M. Pacold: as to Grieg Macon: The parties' request to convert the 6/27/2023 hearing to a telephone conference is granted. Telephone status hearing set for 6/27/2023 at 12:30 p.m. Dial toll–free call–in number: (888) 684–8852; followed by the conference access code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against recording or rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions deemed necessary by the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.