# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:22−cr−00359
Honorable Martha M. Pacold

Grieg Macon

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2023:

    MINUTE entry before the Honorable Martha M. Pacold: as to Grieg Macon: Telephone status hearing held on 6/27/2023. Defendant consents to the hearing via telephone conference. In−person status hearing set for 8/29/2023 at 9:30 a.m. in Courtroom 1425. Government's oral motion to exclude time until 8/29/2023 is granted. The court excludes time through 8/29/2023 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for effective preparation, including time to review discovery materials, and time to consider and prepare pretrial motions. Such delay outweighs the interests of the public and the defendant in a speedy trial. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.