UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 22 CR 359 |
| v. | |
| GRIEG MACON | Judge Martha M. Pacold |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits the following status on discovery.

1.    On July 18, 2022, a Grand Jury returned an indictment charging defendant with one count of unlawful dealing of firearms, in violation of 18 U.S.C. § 922(g) and unlawful possession of a machinegun, in violation of 18 U.S.C. § 922(o)(1) (R. 1, Indictment.) Defendant is in custody.

2.    The parties are negotiating a potential resolution short of trial.  The parties request an additional 45 days to continue their discussions.

3.    The government moves to exclude time, and defendant agrees to the exclusion of time, pursuant to the Speedy Trial Act, until the next hearing in the interest of justice and to allow the parties to discuss a resolution short of trial.

1

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:    /s/ *Jimmy L. Arce*
      JIMMY L. ARCE
      Assistant U.S. Attorney
      219 South Dearborn St., Rm. 500
      Chicago, Illinois 60604
      (312) 353-8449

Dated: March 6, 2024