UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GRIEG MACON | No. 22 CR 359<br><br>Honorable Martha M. Pacold |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and defendant GRIEG MACON, by his attorney Anthony Hill, hereby submit the following Joint Status Report pursuant to the Court's order on May 28, 2026. Dkt. 77.

1. On July 28, 2022, the Grand Jury returned an indictment in 22 CR 359, charging Grieg Macon in a two-count indictment with being a felon in possession of a firearm and possession of a machinegun. Dkt. 1.

2. The defendant has pled guilty in an unrelated case in this district, *United States v. Singleton et al*, 23 CR 384, which contemplates the defendant stipulating to the conduct in the instant case and dismissal of this case after sentencing in 23 CR 384. Defendant's sentencing date has not yet been set, but the parties anticipate having further information about a sentencing datein approximately early December 2026.

3. For that reason, the parties propose filing a joint status report by December 16, 2026 regarding the status of the upcoming sentencing.

4. Defendant does not object to the exclusion of time to the next Court appearance date, pursuant to 18 U.S.C. § 3161(h)(7)(A), in the interest of the ends of justice, to allow for the parties to monitor the progress of the related case and discuss resolution of this case short of trial.

Respectfully submitted,

By: /s/ *Kirsten Moran*
KIRSTEN MORAN
Assistant United States Attorney
United States Attorney's Office
219 S. Dearborn St., Suite 500
Chicago, IL 60604

*/s with permission/ Anthony Hill*
ANTHONY W. HILL
Law Offices of Anthony W. Hill, LLC
54 W. Jackson Blvd.
Suite 660
Chicago, IL 60604

DATED: July 27, 2026